IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harris, Jennifer E

Printed: 5/20/08

Case Number: 07 B 21366
Judge: Goldgar, A. Benjamin
Filed: 11/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: April 25, 2008
Confirmed: February 5, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,213.40 |  |
| Secured: |  | 45.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,040.98 |
| Trustee Fee: |  | 127.42 |
| Other Funds: |  | 0.00 |
| Totals: | 2,213.40 | 2,213.40 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,814.00 | 2,040.98 |
| 2. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 3. | City of Evanston | Secured | 235.00 | 45.00 |
| 4. | American General Finance | Secured | 670.02 | 0.00 |
| 5. | Rescap Mortgage | Secured | 8,746.92 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 2,070.14 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 695.61 | 0.00 |
| 8. | Asset Acceptance | Unsecured |  | No Claim Filed |
| 9. | Midnight Velvet | Unsecured |  | No Claim Filed |
| 10. | Southwest Credit Systems | Unsecured |  | No Claim Filed |
| 11. | Aspire | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,231.69 | $ 2,085.98 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 80.74 |
| 6.5% | 46.68 |
|  | $ 127.42 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Harris, Jennifer E

Printed:  5/20/08

Case Number:  07 B 21366
Judge:  Goldgar, A. Benjamin
Filed:  11/14/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

